Hyman Bloomberg, appellee, v. Erie Furniture Company and Benjamin Blumenthal, appellants. Gen. No. 30,635.

Action upon appeal bond in forcible entry and detainer proceedings. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the Octo-

ber term, 1925. Affirmed. Opinion filed June 23, 1926. Rehearing denied July 8, 1926.

Jacob Levy, for appellants; James M. Gwin, of counsel. Brown, Fox & Blumberg, for appellee; Jacob Logan Fox, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.